# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ARTEZ THIGPEN, Inmate #B77269,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) CIVIL NO. 07-162-DRH |
| **ROGER E. WALKER, JACKIE** | ) |
| **MILLER, WARDEN MERCHANT, LT.** | ) |
| **MITCHELL, and KENNETH L.** | ) |
| **HAMILTON,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

March 12, 2007                            By: /s/  David  RHerndon
*Date*                                        *District Judge*

Dockets.Justia.com